**Order entered December 12, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00548-CV

## IN THE INTEREST OF J.P.M., V.M. AND A.M., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-22610**

## ORDER

Before the Court are appellant's December 10, 2018 second motion for an extension of time to file a brief and appellee's December 10, 2018 motion opposing the extension and also seeking dismissal of this appeal for want of prosecution. We **GRANT** appellant's motion **to the extent** that appellant shall file a brief by **January 9, 2019**. We caution appellant that further extension requests will be disfavored.

We **DENY** appellee's motion to dismiss.

/s/    ADA BROWN
         JUSTICE